# EXHIBIT B



GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
BRAD RAFFENSPERGER

HOME (/)

# BUSINESS SEARCH

## BUSINESS INFORMATION

| | |
|---|---|
| Business Name: | **PUBLIX SUPER MARKETS, INC.** |
| Business Type: | **Foreign Profit Corporation** |
| Business Purpose: | **NONE** |
| Principal Office Address: | **3300 Publix Corporate Parkway, Lakeland, FL, 33811, USA** |
| Jurisdiction: | **Florida** |
| Control Number: | **K021853** |
| Business Status: | **Active/Compliance** |
| Date of Formation / Registration Date: | **11/26/1990** |
| Last Annual Registration Year: | **2025** |

## REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **Corporate Creations Network Inc.** |
| Physical Address: | **2985 Gordy Parkway, 1st Floor, Marietta, GA, 30066, USA** |
| County: | **Cobb** |

## OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| David P. Phillips | CFO | 3300 Publix Corporate Parkway, Lakeland, FL, 33811, USA |
| Kevin S. Murphy | CEO | 3300 Publix Corporate Parkway, Lakeland, FL, 33811, USA |
| Merriann M. Metz | Secretary | 3300 Publix Corporate Parkway, Lakeland, FL, 33811, USA |

Back   Filing History   Name History   Return to Business Search