# EXHIBIT C

**SHERIFF'S ENTRY OF SERVICE**

_____ COBB _____ County, Georgia

Civil Action No. 25-A-2262
Date Filed _____

Superior Court ☐
State Court ☒

SERVE

Attorney's address and email

Edge, Justin
Andersen, Tate & Carr P.C.
One Sugarloaf Centre
1960 Satellite Blvd., Suite 4000
Duluth, GEORGIA 30097-
jedge@atclawfirm.com

Iman-Thiam, Amirah
_____

Plaintiff(s)

Publix Super Markets, Inc.
_____

Defendant(s)

Name and address of party to be served

Publix Super Markets, Inc.
2985 Gordy Parkway, 1st Floor
Marietta, GEORGIA 30066

Garnishee

☐ **(PERSONAL)** I have this day served the defendant _____ personally with a copy of the within action and summons.

☐ **(NOTORIOUS)** I have this day served the defendant _____ by leaving a copy of the action and summons and complaint at defendant's most notorious place of abode in this county.
I delivered the summons and complaint into hands of _____ described as follows: Age, about ____ years; weight, about ____ pounds; height, about ____ feet and ____ inches, domiciled at the residence of defendant.

☒ **(CORPORATION)** Served the defendant _Publix Super Markets_ a corporation, by leaving a copy of the within action and summons with _Anna Meese_ in charge of the corporation's office and place of doing business of said corporation in this county.

☐ **(TACK & MAIL)** I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

☐ **(NON EST)** I made a diligent search, and I did not find the defendant _____ in the jurisdiction of this Court.

This _23_ day of _April_, 20_25_.

_____
Deputy Sheriff

DEFENDANT COPY

SC-2
Rev'd 10/24