# EXHIBIT E

**IN THE STATE COURT OF COBB COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| AMIRAH IMAN-THIAM, | ) | |
| | ) | CIVIL ACTION FILE NO. |
| Plaintiff, | ) | 25-A-2262 |
| v. | ) | |
| | ) | |
| PUBLIX SUPER MARKETS, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**<u>NOTICE OF FILING NOTICE OF REMOVAL</u>**

PLEASE TAKE NOTICE that Defendant Publix Super Markets, Inc. ("Publix") filed in

the United States District Court for the Northern District of Georgia, Atlanta Division (the "Federal

Court"), a Notice of Removal, a true and correct copy of which is attached hereto as Exhibit "A,"

thereby removing this case to Federal Court. Accordingly, the jurisdiction of this Court is

suspended and any proceedings in this Court after the date of removal are null and void unless or

until the Federal Court remands this matter to this Court. *See, e.g., Cotton v. Federal Land Bank*

*of Columbia*, 246 Ga. 188, 269 (1980).

Respectfully submitted this 23rd day of May, 2025.

WEINBERG, WHEELER,
HUDGINS, GUNN & DIAL, LLC

*/s/ Jason T. Vuchinich*
Frederick N. Sager, Jr.
Georgia Bar No. 622070
Lindsay G. Ferguson
Georgia Bar No. 140970
Jason T. Vuchinich
Georgia Bar No. 537503
3344 Peachtree Rd, N.E., Suite 2400
Atlanta, Georgia 30326
404-876-2700
rsager@wwhgd.com
lferguson@wwhgd.com

- 2 -

jvuchinich@wwhgd.com
*Counsel for Publix Super Markets, Inc.*

**CERTIFICATE OF SERVICE**

This is to certify that I have served a copy of the foregoing upon all counsel of record via

the Court's electronic filing system as follows:

Stephen G. Lowry
Omari J. Crawford
HARRIS LOWRY MANTON LLP
410 E. Broughton Street
Savannah, Georgia 31401
steve@hlmlawfirm.com
ocrawford@hlmlawfirm.com

*Counsel for Plaintiff*


This 23rd day of May, 2025.

/s/ Jason T. Vuchinich
Jason T. Vuchinich

- 3 -