UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMIRAH IMAN-THIAM,<br><br>　Plaintiffs,<br><br>v.<br><br>PUBLIX SUPER MARKETS, INC.,<br><br>　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:25-cv-02873-SEG |

### [PROPOSED] ORDER PLAINTIFF'S MOTION TO SEAL

HAVING REVIEWED Plaintiff's Motion to Seal, and finding good cause, this motion is GRANTED. The clerk is directed to seal and restrict public access to Dkt. No. 1-4.

SO ORDERED this ____ day of _____, 2025.

_____
Sarah E. Geraghty
United States District Judge