## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| AMIRAH IMAN-THIAM, | ) | |
| | ) | CIVIL ACTION FILE NO. |
| Plaintiff, | ) | 1:25-cv-02873-SEG |
| | ) | |
| v. | ) | [On Removal from State Court of |
| | ) | Cobb County, Civil Action No. |
| PUBLIX SUPER MARKETS, INC., | ) | 25-A-2262] |
| | ) | |
| Defendant. | ) | **JURY TRIAL DEMANDED** |
| | ) | |

## DEFENDANT'S NOTICE OF
## NON-OPPOSITION TO PLAINTIFF'S MOTION TO SEAL

PLEASE TAKE NOTICE THAT, Defendant Publix Super Markets, Inc. ("Defendant") hereby notifies the Court that it does not oppose Plaintiff's Motion to Seal (Doc. 2) filed on March 28, 2025.

Respectfully submitted and signed, pursuant to Fed. R. Civ. P. 11, on this 29th day of May, 2025, by:

WEINBERG, WHEELER,
HUDGINS, GUNN & DIAL, LLC

*/s/ Jason T. Vuchinich*
Frederick N. Sager, Jr.
Georgia Bar No. 622070
Lindsay G. Ferguson
Georgia Bar No. 140970
Jason T. Vuchinich
Georgia Bar No. 537503

3344 Peachtree Rd, N.E., Suite 2400
Atlanta, Georgia 30326
404-876-2700
rsager@wwhgd.com
lferguson@wwhgd.com
jvuchinich@wwhgd.com

*Counsel for Publix Super Markets, Inc.*

## **RULE 7.1D CERTIFICATE OF TYPE, FORMAT AND FONT SIZE**

Pursuant to Local Rule 7.1D of the United States District Court for the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court was computer-processed, double-spaced between lines, and prepared with 14-point Times New Roman font.

*/s/ Jason T. Vuchinich*
Jason T. Vuchinich

## **CERTIFICATE OF SERVICE**

This is to certify that I have served a copy of the foregoing upon all counsel

of record via the Court's electronic filing system, as follows:

Jonathon S. Tonge
Justin D. Edge
ANDERSON, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
jtonge@atclawfirm.com
jedge@atclawfirm.com

*Counsel for Plaintiff*

This 29th day of May, 2025.

/s/ Jason T. Vuchinich
Jason T. Vuchinich