UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMIRAH IMAN-THIAM,<br><br>   Plaintiffs,<br><br>v.<br><br>PUBLIX SUPER MARKETS, INC.,<br><br>   Defendant. | CIVIL ACTION FILE<br><br>NO. 1:25-cv-02873-SEG |

### ORDER

HAVING REVIEWED Plaintiff's Motion to Seal, and finding good cause, this motion is GRANTED. The clerk is directed to seal and restrict public access to Dkt. No. 1-4.

SO ORDERED this 30th day of May, 2025.

                                       Sarah E. Geraghty
                                       United States District Judge