IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMIRAH IMAN-THIAM, ) | |
| ) | CIVIL ACTION FILE NO. |
| Plaintiff, ) | 1:25-cv-02873-SEG |
| ) | |
| v. ) | [On Removal from State Court of |
| ) | Cobb County, Civil Action No. |
| PUBLIX SUPER MARKETS, INC., ) | 25-A-2262] |
| ) | |
| Defendant. ) | **JURY TRIAL DEMANDED** |
| ) | |

**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES AND
CORPORATE DISCLOSURE STATEMENT**

Defendant Publix Super Markets, Inc. ("Defendant"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Rule 3.3, file Defendant's Certificate of Interested Persons and Corporate Disclosure Statement, stating as follows:

1. The undersigned counsel of record for Defendant certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- **Plaintiff Amirah Iman-Thiam**

- **Defendant Publix Super Markets, Inc.**

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

- Plaintiff Amirah Iman-Thiam;
- Jonathan S. Tonge (Counsel for Plaintiff);
- Justin D. Edge (Counsel for Plaintiff); and
- Anderson, Tate & Carr, P.C. (Plaintiff's counsels' law firm).

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**For Defendants:**

Frederick N. Sager, Jr.
Georgia Bar No. 622070
rsager@wwhgd.com

Lindsay G. Ferguson
Georgia Bar No. 140970
lferguson@wwhgd.com

Jason T. Vuchinich
Georgia Bar No. 537503
jvuchinich@wwhgd.com

Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3344 Peachtree Road N.E., Suite 2400
Atlanta, Georgia 30326

**For Plaintiff:**

Jonathon S. Tonge
jtonge@atclawfirm.com

Justin D. Edge
jedge@atclawfirm.com

Anderson, Tate & Carr, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097

4.   The undersigned further certifies that Defendant, the party on whose behalf this certificate is filed, is a Citizen of Florida.

This 10th day of July, 2025.

                                           WEINBERG, WHEELER,
                                           HUDGINS, GUNN & DIAL, LLC

                                           */s/ Jason T. Vuchinich*
                                           Frederick N. Sager, Jr.
                                           Georgia Bar No. 622070
                                           Lindsay G. Ferguson
                                           Georgia Bar No. 140970
                                           Jason T. Vuchinich
                                           Georgia Bar No. 537503
                                           3344 Peachtree Rd, N.E., Suite 2400
                                           Atlanta, Georgia 30326
                                           404-876-2700
                                           rsager@wwhgd.com
                                           lferguson@wwhgd.com
                                           jvuchinich@wwhgd.com
                                           *Counsel for Publix Super Markets, Inc.*

- 4 -

## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1(C). This document has been prepared in Times New Roman font, 14 point.

This 10th day of July, 2025.

>                              */s/ Jason T. Vuchinich*
>                              Jason T. Vuchinich

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing upon all counsel of record via the Court's electronic filing system as follows:

Jonathon S. Tonge
Justin D. Edge
ANDERSON, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
jtonge@atclawfirm.com
jedge@atclawfirm.com

*Counsel for Plaintiff*

This 10th day of July, 2025.

　　　　　　　　　　　　　　　　　　*/s/ Jason T. Vuchinich*
　　　　　　　　　　　　　　　　　　Jason T. Vuchinich