IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMIRAH IMAN-THIAM,              )<br>                                                      )<br>      Plaintiff,                             )<br>                                                      )<br>v.                                                 )<br>                                                      )<br>PUBLIX SUPER MARKETS, INC.,  )<br>                                                      )<br>      Defendant.                          )<br>                                                      )<br>                                                      ) | CIVIL ACTION<br><br>FILE NO. 1:25-cv-02873-SEG |

## **PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS & CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.3, Plaintiff hereby files this Certificate of Interested Persons and Corporate Disclosure Statement, stating as follows:

1. The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of a stock of a party:

   **Publix Super Markets, Inc.**

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or

corporations having either financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**None known.**

3. The undersigned certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**Counsel for Plaintiff**
Jonathan S. Tonge
Justin D. Edge

**Counsel for Defendant**
Frederick Newman Sager, Jr.
Jason T. Vuchinich
Lindsay Gatling Ferguson

Respectfully submitted on July 10, 2025.

> ANDERSEN, TATE & CARR, P.C.
> */s/ Jonathan S. Tonge*
> JONATHAN S. TONGE
> Georgia Bar No. 303999
> jtonge@atclawfirm.com
> JUSTIN D. EDGE
> Georgia Bar No. 326134
> jedge@atclawfirm.com
> *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 236-9784| Facsimile

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

Respectfully submitted on July 10, 2025.

                                                ANDERSEN, TATE & CARR, P.C.
                                                */s/ Jonathan S. Tonge*
                                                JONATHAN S. TONGE
                                                Georgia Bar No. 303999
                                                jtonge@atclawfirm.com
                                                JUSTIN D. EDGE
                                                Georgia Bar No. 326134
                                                jedge@atclawfirm.com
                                                *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 236-9784| Facsimile