UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMIRAH IMAN-THIAM, <br><br> Plaintiff, <br><br> v. <br><br> PUBLIX SUPER MARKETS, INC., <br><br> Defendant. | CIVIL ACTION NO. <br><br> 1:25-CV-02873-SEG |

## **O R D E R**

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as modified in the parties' plan. Discovery in this case will close on December 24, 2025. Any dispositive motions and/or *Daubert* motions shall be filed no later than 30 days after the close of discovery. If no dispositive motions are filed, the parties' proposed consolidated pretrial order shall be filed no later than 45 days after the close of discovery.

The parties have indicated that there is a possibility of settlement before discovery. (Doc. 7 at 10.)  The parties are directed to meet and confer (by

telephone, videoconference, or in person) to discuss the possibility of settlement within 30 days of this order.

**SO ORDERED** this 21st day July, 2025.

_____
SARAH E. GERAGHTY
United States District Judge