UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMIRAH IMAN-THIAM,<br><br>  Plaintiff,<br><br>v.<br><br>PUBLIX SUPER MARKETS, INC.,<br><br>  Defendant. | CIVIL ACTION FILE<br><br>NO. 1:25-cv-02873-SEG |

## CERTIFICATE OF SERVICE

This is to certify that on July 28, 2025, I served a true and correct copy of Plaintiff's First Continuing Requests for Production of Documents and Notice to Produce to Defendant, Plaintiff's First Continuing Interrogatories to Defendant, and Plaintiff's Requests for Admissions to all counsel of record via electronic mail.

Respectfully submitted this 31st day of July, 2025.

ANDERSEN, TATE & CARR, P.C.

*/s/ Justin D. Edge*
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JUSTIN D. EDGE
Georgia Bar No. 326134
jedge@atclawfirm.
*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 236-9784 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

ANDERSEN, TATE & CARR, P.C.

*/s/ Justin D. Edge*
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JUSTIN D. EDGE
Georgia Bar No. 326134
jedge@atclawfirm.
*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile