# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMIRAH IMAN-THIAM, ) | |
| ) | CIVIL ACTION FILE NO. |
| Plaintiff, ) | 1:25-cv-02873-SEG |
| ) | |
| v. ) | [On Removal from State Court of |
| ) | Cobb County, Civil Action No. |
| PUBLIX SUPER MARKETS, INC., ) | 25-A-2262] |
| ) | |
| Defendant. ) | **JURY TRIAL DEMANDED** |
| ) | |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

COMES NOW **Defendant Publix Super Markets, Inc.**, by and through its undersigned counsel, and hereby certifies that all parties in the above-styled action were served with a true and correct copy of the following documents on August 27, 2025 via U.S. Mail with proper postage affixed thereto:

1. Defendant's Responses to Plaintiff's Requests for Admissions;

2. Defendant's Responses to Plaintiff's First Continuing Interrogatories to Defendant; and

3. Defendant's Responses to Plaintiff's First Continuing Requests for Production of Documents and Notice to Produce to Defendant.

This 28th day of August, 2025.

                                      WEINBERG, WHEELER,
                                      HUDGINS, GUNN & DIAL, LLC

                                      */s/ Jason T. Vuchinich*
                                      Frederick N. Sager, Jr.
                                      Georgia Bar No. 622070
                                      Lindsay G. Ferguson
                                      Georgia Bar No. 140970
                                      Jason T. Vuchinich
                                      Georgia Bar No. 537503
                                      3344 Peachtree Rd, N.E., Suite 2400
                                      Atlanta, Georgia 30326
                                      404-876-2700
                                      rsager@wwhgd.com
                                      lferguson@wwhgd.com
                                      jvuchinich@wwhgd.com
                                      *Counsel for Publix Super Markets, Inc.*

## **CERTIFICATE OF SERVICE**

This is to certify that I have served a copy of the foregoing upon all counsel of record via the Court's electronic filing system as follows:

Jonathan S. Tonge
Justin D. Edge
ANDERSON, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
jtonge@atclawfirm.com
jedge@atclawfirm.com

*Counsel for Plaintiff*

This 28th day of August, 2025.

>*/s/ Jason T. Vuchinich*
>Jason T. Vuchinich