UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AMIRAH IMAN-THIAM,

     Plaintiff,

v.

PUBLIX SUPER MARKETS, INC.,

     Defendant.

Civil Action File

Number 1:25-cv-02873-SEG

## CERTIFICATE OF SERVICE

This is to certify that Plaintiff's counsel served a true and correct copy of Plaintiff's Responses to Defendant Publix Super Markets, Inc.'s First Continuing Interrogatories to Plaintiff, Plaintiff's Responses to Defendant Publix Super Markets, Inc.'s First Request for Production of Documents to Plaintiff, and Plaintiff's document production, bates labeled Plaintiff 00001–00066 upon all counsel of record via electronic mail.

Respectfully submitted this 9th day of September, 2025.

**ANDERSEN, TATE & CARR, P.C.**

*/s/ Justin D. Edge*_____
Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com
Justin D. Edge
Georgia Bar No. 326134
jedge@atclawfirm.com

*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
Phone: (770) 822-0900

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

ANDERSEN, TATE & CARR, P.C.

*/s/ Justin D. Edge*_____
Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com
Justin D. Edge
Georgia Bar No. 326134
jedge@atclawfirm.com
*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
Phone: (770) 822-0900