UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMIRAH IMAN-THIAM, <br><br> Plaintiff, <br><br> v. <br><br> PUBLIX SUPER MARKETS, INC., <br><br> Defendant. | Civil Action File <br><br> Number 1:25-cv-02873-SEG |

# **PLAINTIFF'S NOTICE OF DEPOSITION OF JOHN JOSEPH TERZA**

PLEASE TAKE NOTICE, pursuant to Federal Rules of Civil Procedure 26 and 30, Counsel for Plaintiff will take the deposition of **JOHN JOSEPH TERZA.** The deposition will take place on October 31, 2025, at 10:00 a.m., Eastern Standard Time, at the law offices of Weinberg, Wheeler, Hudgins, Gunn, & Dial, 3344 Peachtree Road NE, Ste 2400, Atlanta, GA 30326. The deposition will be taken under cross examination before an officer duly authorized to administer oaths, by stenographic means, and will be taken for discovery, for use at trial, and for all permissible purposes. The oral examination will continue from day to day until completed. Opposing counsel may attend and examine.

*—signatures appear on the next page—*

Respectfully submitted on October 23, 2025.

                                        **ANDERSEN, TATE & CARR, P.C.**

                                        /s/ *Jonathan S. Tonge*
                                        Jonathan S. Tonge
                                        Georgia Bar No. 303999
                                        Justin D. Edge
                                        Georgia Bar No. 326134
                                        *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
Phone: (770) 822-0900
Facsimile: (770) 822-9680

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

**ANDERSEN, TATE & CARR, P.C.**

/s/ *Jonathan S. Tonge*
Jonathan S. Tonge
Georgia Bar No. 303999
Justin D. Edge
Georgia Bar No. 326134
*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
Phone: (770) 822-0900
Facsimile: (770) 822-9680

4914-6174-7573, v. 1