# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMIRAH IMAN-THIAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO. |
| v. ) | 1:25-cv-02873-SEG |
| ) | |
| PUBLIX SUPER MARKETS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER ON JOINT CONSENT MOTION FOR EXTENSION OF DISCOVERY PERIOD

This matter came before the Court on the parties' Joint Consent Motion for Extension of Discovery Period. Having considered the motion, and otherwise being fully advised in the premises, the Court finds good cause for same and GRANTS the motion. It is therefore

ORDERED, that the discovery period shall be extended three (3) months up to and including March 27, 2026; and it is further

ORDERED, that the deadline for dispositive motions and/or Daubert motions shall be extended three (3) months up to and including May 29, 2026. If the parties do not move for summary judgment, the Proposed Consolidated Pretrial Order will be due that day. If a motion for summary judgment is filed, the Consolidated Pretrial

Order will be due thirty days after the District Court's ruling on the motion if there are matters left to be tried.

SO ORDERED this 12th day of November, 2025.

_____
SARAH E. GERAGHTY
UNITED STATES DISTRICT JUDGE