IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Amirah Iman-Thiam | : |
| | : |
| Plaintiff, | : Civil Action File No. |
| v. | : |
| | : 1:25-cv-02873-SEG |
| PUBLIX SUPER MARKETS, INC., | : |
| | : |
| Defendant. | |

## CERTIFICATE OF SERVICE

This is to certify that on December 23, 2025, I served a true and correct copy of Plaintiff's Offer of Settlement Pursuant to O.C.G.A. § 9-11-68 to Defendant, to counsel of record, via certified mail.

Respectfully submitted this 23rd day of December, 2025.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jonathan S. Tonge*
Jonathan S. Tonge
Georgia State Bar No. 303999

One Sugarloaf Centre
Suite 4000
1960 Satellite Blvd
Duluth, Georgia 30097
770-822-0900
770-236-9759 (fax)
jtonge@atclawfirm.com
**COUNSEL FOR PLAINTIFF**