# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMIRAH IMAN-THIAM, ) | |
| ) | CIVIL ACTION FILE NO. |
| Plaintiff, ) | 1:25-cv-02873-SEG |
| ) | |
| v. ) | [On Removal from State Court of |
| ) | Cobb County, Civil Action No. |
| PUBLIX SUPER MARKETS, INC., ) | 25-A-2262] |
| ) | |
| Defendant. ) | **JURY TRIAL DEMANDED** |
| ) | |

## JOINT CONSENT MOTION FOR EXTENSION OF DISCOVERY PERIOD

COME NOW Plaintiff Amirah Iman-Thiam and Defendant Publix Super Markets, Inc. ("Publix"), by and through their undersigned counsel, and respectfully move the Court for an order extending the discovery period and the dispositive and/or Daubert motion deadline in this case three (3) months. In support of this Joint Consent Motion, the parties show the Court as follows:

1. Defendant timely removed this case to this Court on May 23, 2025. See Doc. 1.

2. On November 12, 2025, the Court issued an Order establishing a discovery deadline of March 27, 2026, and a dispositive and/or *Daubert* motion deadline of May 29, 2026. See Doc. 19.

3. The parties have diligently engaged in discovery to date, including the

exchange of interrogatories and requests for production of documents, written responses thereto, document productions, and subpoenas to third parties. The Parties have also conducted the deposition of Defendant's Store Manager.

4. Between the parties, over ten additional depositions have been requested, including at least two witnesses who reside outside of the United States in Senegal.

5. The parties are also actively engaged in settlement discussions and have scheduled mediation with the Honorable M. Gino Brogdon. Sr. to take place on March 11, 2026.

6. The 30(b)(6) deposition of Publix is set to take place on March 17, 2026.

7. Plaintiff will be traveling out of the country for religious purposes from March 16, 2026, through April 1, 2026.

8. Plaintiff's deposition is set to take place on April 9, 2026.

9. The Parties believe that the reasonable extension of time requested herein would allow the Parties to mediate in the near term to see if the case can be resolved before the parties spend significant resources conducting additional fact and expert discovery.  If mediation is unsuccessful, this extension will allow the Parties sufficient time to complete the necessary depositions, including the multiple

witnesses who reside outside of the state of Georgia and outside of the country.

10. Counsel for the parties have discussed this matter and both parties consent to the extension requested herein and believe it will serve their respective interests.

11. This motion is made in good faith and not for the purpose of delay.

12. This enlargement of time will not substantially delay this proceeding, but rather the parties believe that the relief requested herein will facilitate "the just, speedy, and inexpensive determination" of this matter consistent with Fed. R. Civ. P. 1.

WHEREFORE, the parties request that the Court enter an order extending the discovery period three (3) months up to and including June 25, 2026, and extending the deadline for dispositive and/or *Daubert* motions for three (3) months up to and including August 27, 2026.

Respectfully submitted this 23rd day of February, 2026.

| | |
|---|---|
| /s/Jonathan S. Tonge | /s/Lindsay G. Ferguson |
| Jonathan S. Tonge | Frederick N. Sager, Jr. |
| Georgia Bar No. 303999 | Georgia Bar No. 622070 |
| Justin D. Edge | Lindsay G. Ferguson |
| Georgia Bar No. 326134 | Georgia Bar No. 140970 |
| ANDERSEN, TATE & CARR, P.C. | Jason T. Vuchinich |
| One Sugarloaf Centre | Georgia Bar No. 537503 |
| 1960 Satellite Boulevard, Suite 4000 | WEINBERG, WHEELER, |
| Duluth, Georgia 30097 | HUDGINS, GUNN & DIAL, LLC |
| T: (770) 822-0900 | 3344 Peachtree Rd, N.E., Suite 2400 |

F: (770) 822-9680  
jtonge@atclawfirm.com  
jedge@atclawfirm.com  
*Counsel for Plaintiff*

Atlanta, Georgia 30326  
T: (404) 876-2700  
F: (404) 875-9433  
rsager@wwhgd.com  
lferguson@wwhgd.com  
jvuchinich@wwhgd.com  
*Counsel for Publix Super Markets, Inc.*