# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMIRAH IMAN-THIAM, ) | |
| ) | CIVIL ACTION FILE NO. |
| Plaintiff, ) | 1:25-cv-02873-SEG |
| ) | |
| v. ) | [On Removal from State Court of |
| ) | Cobb County, Civil Action No. |
| PUBLIX SUPER MARKETS, INC., ) | 25-A-2262] |
| ) | |
| Defendant. ) | **JURY TRIAL DEMANDED** |
| ) | |

## NOTICE OF WITHDRAWAL AS COUNSEL

Pursuant to Local Rule 83.1(E)(4), Jason T. Vuchinich of the law firm Weinberg Wheeler Hudgins Gunn & Dial, LLC hereby notifies the Court and counsel of record of his withdrawal as counsel for Defendant Publix Super Markets, Inc. ("Defendant"). Jason T. Vuchinich will no longer be attorney of record for Defendant. Defendant remains represented by Frederick N. Sager, Jr. and Lindsay G. Ferguson of Weinberg Wheeler Hudgins Gunn & Dial as counsel of record.

[*SIGNATURE ON FOLLOWING PAGE*]

- 2 -

This 25th day of February, 2026.

                                  WEINBERG, WHEELER,
                                  HUDGINS, GUNN & DIAL, LLC

                                */s/ Jason T. Vuchinich*
                                Jason T. Vuchinich
                                Georgia Bar No. 537503
                                3344 Peachtree Rd, N.E., Suite 2400
                                Atlanta, Georgia 30326
                                404-876-2700
                                jvuchinich@wwhgd.com
                                *Counsel for Publix Super Markets, Inc.*

- 3 -

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing upon all counsel of record via the Court's electronic filing system as follows:

Jonathan S. Tonge<br>
Justin D. Edge<br>
ANDERSON, TATE & CARR, P.C.<br>
One Sugarloaf Centre<br>
1960 Satellite Boulevard, Suite 4000<br>
Duluth, Georgia 30097<br>
jtonge@atclawfirm.com<br>
jedge@atclawfirm.com

*Counsel for Plaintiff*

This 25th day of February, 2026.

                                            */s/ Jason T. Vuchinich*
                                            Jason T. Vuchinich