UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AMIRAH IMAN-THIAM,

    Plaintiff,

v.

PUBLIX SUPER MARKETS, INC.,

    Defendant.

Civil Action File

Number 1:25-cv-02873-SEG

## STIPULATION OF DISMISSAL

The parties have reached an agreement to resolve all claims in this matter.

Accordingly, pursuant to Federal Rule Civil Procedure 41(a)(1)(A)(ii), the parties

stipulate to the dismissal of all claims with prejudice.

Respectfully submitted on March 30, 2026.

ANDERSEN, TATE & CARR, P.C.

*/s/ Justin D. Edge*
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JUSTIN D. EDGE
Georgia Bar No. 326134
jedge@atclawfirm.com
*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

WEINBERG, WHEELER,
HUDGINS, GUNN & DIAL, LLC


*/s/ Lindsay G. Ferguson*

FREDERICK N. SAGER, JR.
Georgia Bar No. 622070
rsager@wwhgd.com
LINDSAY G. FERGUSON
Georgia Bar No. 140970
lferguson@wwhgd.com
*Attorneys for Defendant*

3344 Peachtree Rd, N.E., Suite 2400
Atlanta, Georgia 30326
(404) 876-2700 | Telephone
(404) 875-9433 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

Respectfully submitted on March 30, 2026.

ANDERSEN, TATE & CARR, P.C.

*/s/ Justin D. Edge*
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JUSTIN D. EDGE
Georgia Bar No. 326134
jedge@atclawfirm.com
*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile